159 F.3d 1353
 Procoast Navigation
v.
Lloyd Bermuda Lines, Virginia Pineda Urrutia, Thelma Smith
Steer; Virginia Pineda Urrutia, on Behalf of Estate of
Victor Urrutia v. Procoast Navigation Ltd.; Thelma Smith
Steer, on Behalf of Estate of Lawrence Michael Steer v.
Procoast Navigation Ltd.; Oscar H. Matute v. Procoast
Navigation, Ltd., Maritime Services G.M.B.H.
 NOS. 97-5237, 97-5341
 United States Court of Appeals,
Third Circuit.
 July 31, 1998
 
 Appeal From: D.N.J. ,Nos.89civ5108, 90civ5108, 90civ5109,88cv2710 ,
 Wolin, J.
 
 
 1
 Affirmed.